Matter of Woldesemait (2024 NY Slip Op 04652)

Matter of Woldesemait

2024 NY Slip Op 04652

Decided on September 26, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 26, 2024

PM-193-24
[*1]In the Matter of Mihret Mengesha Woldesemait, an Attorney. (Attorney Registration No. 5769534.)

Calendar Date:September 23, 2024

Before:Garry, P.J., Clark, Reynolds Fitzgerald, Ceresia and McShan, JJ.

Mihret Mengesha Woldesemait, Washington, DC, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Mihret Mengesha Woldesemait was admitted to practice by this Court in 2020 and lists a business address in Washington, DC with the Office of Court Administration. Woldesemait now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Woldesemait's application.
Upon reading Woldesemait's affidavit sworn to August 1, 2024 and filed August 5, 2024, and upon reading the September 18, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Woldesemait is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Clark, Reynolds Fitzgerald, Ceresia and McShan, JJ., concur.
ORDERED that Mihret Mengesha Woldesemait's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Mihret Mengesha Woldesemait's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Mihret Mengesha Woldesemait is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Woldesemait is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Mihret Mengesha Woldesemait shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.